AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Greaves, Travis A. | **2. Court or Organization**<br><br>United States Tax Court | **3. Date of Report**<br><br>05/03/2021 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

400 Second Street NW
Washington, DC 20217

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Family Estate #1 (no beneficial interest) |
| 2. | Trustee | Family Trust #1 (no beneficial interest) |
| 3. | Trustee | Family Trust #2 (no beneficial interest) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2020 | Public Company Accounting Oversight Board/Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Caliber Home Loans | Mortgage Rental Property #1 (Washington, DC) | None |
| 3. | JP Morgan Chase/TD Bank | Mortgage Rental Property #2 (Washington, DC) | O |
| 4. | Chase Bank | Credit card | J |
| 5. | | | |
| 6. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Vanguard Diversified Equity Investment | A | Dividend | | | Sold | 07/02/20 | J | A | |
| 2. | | | | | Sold | 05/28/20 | J | A | |
| 3. Vanguard Long Term Treasury ETF | B | Dividend | | | Sold | 07/06/20 | K | B | |
| 4. Walmart | B | Dividend | J | T | Buy | 06/09/20 | J | | |
| 5. | | | | | Sold (part) | 07/08/20 | J | A | |
| 6. | | | | | Buy | 11/17/20 | J | | |
| 7. 500 Index Fund Admiral | A | Dividend | K | T | Buy | 03/19/20 | J | | |
| 8. | | | | | Sold (part) | 05/28/20 | K | A | |
| 9. Vanguard Cash Reserves Federal Money Market | | None | K | T | Buy | 05/22/20 | J | | |
| 10. | | | | | Buy | 06/10/20 | J | | |
| 11. | | | | | Buy | 06/22/20 | J | | |
| 12. | | | | | Sold (part) | 06/30/20 | L | A | |
| 13. | | | | | Buy | 07/27/20 | M | | |
| 14. | | | | | Sold (part) | 08/03/20 | M | A | |
| 15. | | | | | Sold (part) | 08/13/20 | J | A | |
| 16. Vanguard Total Stock Market Index Fund Admiral | | None | K | T | Buy | 11/13/20 | J | | |
| 17. Vanguard Consumer Discretionary ETF | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Vanguard Balanced Index Fund Admiral | None | | K | T | | | | | |
| 19.  Vanguard Dividend Growth Fund | None | | K | T | | | | | |
| 20.  Vanguard Real Estate Index Fund Admiral | None | | K | T | | | | | |
| 21.  Vanguard Growth Index Fund Admiral | None | | K | T | | | | | |
| 22.  Chevron | A | Dividend | J | T | Buy | 09/03/20 | J | | |
| 23.  Home Depot | A | Dividend | J | T | Buy | 11/17/20 | J | | |
| 24.  Alphabet Inc | None | | J | T | Buy | 12/03/20 | J | | |
| 25. | | | | | Buy | 09/03/20 | J | | |
| 26. | | | | | Buy | 09/08/20 | J | | |
| 27.  Amazon | None | | K | T | Buy | 12/14/20 | J | | |
| 28. | | | | | Buy | 11/27/20 | J | | |
| 29. | | | | | Buy | 09/03/20 | J | | |
| 30. | | | | | Buy | 08/11/20 | J | | |
| 31. | | | | | Buy | 07/29/20 | K | | |
| 32.  Baxter International | None | | J | T | Buy | 12/18/20 | J | | |
| 33. | | | | | Buy | 12/22/20 | J | | |
| 34.  Enbridge | None | | J | T | Buy | 12/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greaves, Travis A. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. United Health Group | | None | J | T | Buy | 12/22/20 | J | | |
| 36. Rental Property #2 (Washington, DC) | E | Rent | P1 | W | | | | | |
| 37. Rental Property #1 (Washington, DC) | E | Rent | | | Sold | 07/23/20 | O | A | |
| 38. Mineral Interest, Andrews Co. Texas | | None | J | W | | | | | |
| 39. Mineral Interest, Mitchell Co. Texas | | None | J | W | | | | | |
| 40. PNC Checking Account | | None | | | Closed | 09/01/20 | J | | |
| 41. Bank of America Checking | | None | K | T | | | | | |
| 42. National Farm Life Whole Life Insurance | A | Dividend | J | T | | | | | |
| 43. Bank of America Savings (Estate) | | None | J | T | | | | | |
| 44. Blackrock Global (W) | | None | J | T | | | | | |
| 45. Blackrock Equity (W) | | None | J | T | | | | | |
| 46. Morgan Stanley Global Real Estate Class 1 (W) | | None | | | Sold | 12/31/20 | K | A | |
| 47. Artisan Mid Cap Fund Investory Class (W) | | None | K | T | | | | | |
| 48. Fidelity Real Estate Income Fund Class A (W) | | None | K | T | | | | | |
| 49. MPS Value Fund Class A (W) | | None | K | T | | | | | |
| 50. Dodge & Cox International Stock Fund (W) | | None | J | T | | | | | |
| 51. Vanguard High Yield Corporate Fund Admiral (W) Class | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. MPS Emerging Markets Debt Fund Class A (W) | | None | K | T | | | | | |
| 53. BlackRock Liquidity Funds Fed Fund Class Institutional (W) | | None | J | T | | | | | |
| 54. Fidelity Freedom 2050K (W) | | None | K | T | | | | | |
| 55. DC College Savvings 2031 Portfolio Child #1 | | None | J | T | | | | | |
| 56. DC College Savvings 2034 Portfolio Child #2 | | None | J | T | | | | | |
| 57. DC College Savvings 2037 Portfolio Child #3 | | None | J | T | | | | | |
| 58. Ally Bank Certificate of Deposit (Estate) | C | Interest | O | T | Buy | 05/16/20 | O | | |
| 59. Ally Bank Certificate of Deposit (Trust #1) | A | Interest | M | T | Buy | 05/28/20 | O | | |
| 60. Ally Bank Certificate of Deposit (Trust #2) | A | Interest | M | T | Buy | 05/28/20 | O | | |
| 61. Ally Bank Savings Account (Estate) | B | Interest | O | T | | | | | |
| 62. National Bank of Andrews Savings Account (Estate) | A | Interest | N | T | | | | | |
| 63. National Bank of Andrews Certificate of Deposit (Estate) | A | Interest | N | T | Buy | 04/30/20 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greaves, Travis A.** | 05/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Greaves, Travis A. | 05/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Travis A. Greaves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544